# United States Court of Appeals
## For the First Circuit

No. 17-1849

UNITED STATES OF AMERICA,

Appellee,

v.

ISIDRO SUAREZ-REYES,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on December 14, 2018, is amended as follows:

On page 4, line 1, replace the year "2017" with "2018."